Certificate Number: 12433-PAE-DE-036156841

Bankruptcy Case Number: 21-13040



12433-PAE-DE-036156841

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 22, 2021</u>, at <u>3:30</u> o'clock <u>PM EST</u>, <u>Reginald H. Taylor, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>November 22, 2021</u>        By:    <u>/s/Lance Brechbill</u>

Name:    <u>Lance Brechbill</u>

Title:    <u>Teacher</u>