Certificate Number: 12433-PAE-DE-036156842

Bankruptcy Case Number: 21-13040



12433-PAE-DE-036156842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2021, at 3:30 o'clock PM EST, Takiema S. Taylor completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 22, 2021              By:   /s/Lance Brechbill

                                       Name:   Lance Brechbill

                                       Title:   Teacher