# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Reginald H. Taylor Jr.<br>         Takiema S. Taylor<br>                    Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 21-13040 ELF |
| Reginald H. Taylor Jr.<br>Takiema S. Taylor<br>                    Debtor(s)<br><br>Kenneth E. West<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, which was filed with the Court on or about **December 8, 2021, docket number 18**.

    Respectfully submitted,

    /s/ Rebecca A. Solarz, Esq.
    _____
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    Phone: (215)-627-1322

Dated: March 28, 2022