## IN THE UNITED STATES BANKRUPTCY COURT FOR
### EASTERN                DISTRICT OF PENNSYLVANIA
### PHILADELPHIA           DIVISION

In re

REGINALD H TAYLOR

TAKIEMA S TAYLOR

Debtors.

In Chapter 13 Proceeding

Case No. 21-13040

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank    c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 11/11/2021    Docket Number 10 .

Dated:  This 10 th day of July    , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

### **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:


DAVID M OFFEN
Attorney

KENNETH E WEST
Chapter 13  Trustee


Dated:  This 10 th day of July , 2023


By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257