United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                       Case No. 21-13040-mdc

Reginald H. Taylor, Jr.                            Chapter 13

Takiema S. Taylor

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reginald H. Taylor, Jr., Takiema S. Taylor, 5213 West Berks Street, Philadelphia, PA 19131-3206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2023 01:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:40 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2023                   Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Sep 29, 2023                       Form ID: pdf900                               Total Noticed: 4

BRIAN CRAIG NICHOLAS
                          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com,
                          bkgroup@kmllawgroup.com

DAVID M. OFFEN
                          on behalf of Debtor Reginald H. Taylor  Jr. dmo160west@gmail.com,
                          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                          on behalf of Joint Debtor Takiema S. Taylor dmo160west@gmail.com
                          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Reginald H. Taylor Jr.<br>Takiema S. Taylor<br><div align=center>Debtor(s)</div> | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br><div align=center>Movant</div><br>vs. | NO. 21-13040 MDC |
| Reginald H. Taylor Jr.<br>Takiema S. Taylor<br><div align=center>Debtor(s)</div> | 11 U.S.C. Section 362 |
| Kenneth E. West<br><div align=center>Trustee</div> | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      As of September 21, 2023, the post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$6,906.53.** Post-petition funds received after September 21, 2023, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows;

> Post-Petition Payments:   May 2023 through September 2023 in the amount of $1,563.84/month
> Suspense balance:               ($912.67)
> **Total Post-Petition Arrears       $6,906.53**

2.      Debtor shall cure said arrearages in the following manner:

a). Within fourteen (14) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$6,906.53.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$6,906.53** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.      Beginning with the payment due October 2023 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,563.84 (or

as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each

month (with late charges being assessed after the 15th of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited

(front & back copies of cancelled checks and/or money orders), Movant shall adjust the

account accordingly.

5.      In the event the payments under Section 3 above are not tendered pursuant to

the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default

in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of

said notice.  If Debtor should fail to cure the default within fifteen (15) days, Movant may

file a Certification of Default with the Court and the Court shall enter an Order granting

Movant immediate relief from the automatic stay and waiving the stay provided by

Bankruptcy Rule 4001(a)(3).

6.      If the case is converted to Chapter 7, Movant  shall file a Certification of

Default with the Court and the Court shall enter an order granting Movant relief from the

automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this

agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its

right to seek reimbursement of any amounts not included in this stipulation, including fees

and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original
signature.

Date:   September 22, 2023

By: **/s/ Mark A. Cronin , Esq**.
Mark A. Cronin, Esquire
Attorney for Movant

Date: _9/26/2023_        */s/ David M. Offen*
                                David M. Offen, Esq.
                                Attorney for Debtor(s)

                                No Objection - Without Prejudice to Any
                                Trustee Rights or Remedies
Date: _September 26, 2023_    _/s/ LeeAne O. Huggins_
                                Kenneth E. West,  Esq.
                                Chapter 13 Trustee

Approved by the Court this _29th_ day of ___September___, 2023.  However, the
court retains discretion regarding entry of any further order.

                               _____
                               Bankruptcy Judge
                               Magdeline D. Coleman