IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Reginald H. Taylor, Jr. and | : | |
| Takiema S. Taylor | : | No.  21-13040-mdc |
| **Debtors** | : | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

   /s/   David M. Offen
**Attorney for Debtors**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Dated:**  10/23/2023                              **Philadelphia, PA  19106**
**215-625-9600**