IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Reginald H. Taylor, Jr. | : | |
| and Takiema S. Taylor | : | No.  21-13040-mdc |
| Debtors | : | |

**ORDER**

AND NOW, this 3rd day of November, 2023, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtors' confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE