**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Reginald H. Taylor Jr. | | |
| Takiema S. Taylor | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No. 21-13040-DJB |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF**
**NONCOMPLIANCE WITH LOCAL RULE 2016-3**
**FOR FAILURE TO TIMELY FILE A FEE APPLICATION**

Kenneth E. West, Esquire, Standing Chapter 13 Trustee, certifies that Debtor's counsel has failed to file a Fee Application in accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2).

In accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2), the Trustee requests that this Court issue a 28 day Order to Show Cause why the requested fee should not be adjusted pursuant to Local Rules 2016-3(a)(4)(A)(B) and/or Local Rule 2016-3(b)(2)(A)(B).

Respectfully submitted,

Date:  March 4, 2026                     */s/ Kenneth E. West, Esquire*
                                         Kenneth E. West, Esquire
                                         Standing Chapter 13 Trustee