*Form 167* (1/25)–doc 60

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Reginald H. Taylor Jr. | ) | Case No. 21–13040–djb |
| | ) | |
| | ) | |
|    Takiema S. Taylor | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

To the Debtor, Debtor's Counsel,
and any party in interest:

NOTICE is hereby given that a Hearing to Show Cause why Debtor's Counsel's fee should not be adjusted pursuant to Local Rules 2016–3(a)(4)(A)

will be held before the Honorable Derek J. Baker, United States Bankruptcy Court

\*\*\*\*\*\*

Participants can attend this hearing either in–person at the courthouse OR by video conference on ZoomGov.com with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 4/2/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 5, 2026

For The Court

Mohung Wong
Clerk of Court