United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 21-13040-djb

Reginald H. Taylor, Jr.                                                                     Chapter 13

Takiema S. Taylor

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     +  Reginald H. Taylor, Jr., Takiema S. Taylor, 5213 West Berks Street, Philadelphia, PA 19131-3206

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2026 00:27:23 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

     NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

**Name**     **Email Address**

DAVID M. OFFEN
     on behalf of Debtor Reginald H. Taylor  Jr. ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
     on behalf of Joint Debtor Takiema S. Taylor ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

District/off: 0313-2                                 User: admin                                          Page 2 of 2

Date Rcvd: Mar 05, 2026                              Form ID: 167                                       Total Noticed: 2

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com,
                        matthew.fissel@brockandscott.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 167* (1/25)–doc 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Reginald H. Taylor Jr. | ) | Case No. 21–13040–djb |
| | ) | |
| | ) | |
| Takiema S. Taylor | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

To the Debtor, Debtor's Counsel,
and any party in interest:

NOTICE is hereby given that a Hearing to Show Cause
why Debtor's Counsel's fee should not be adjusted
pursuant to Local Rules 2016–3(a)(4)(A)

will be held before the Honorable Derek J. Baker,
United States Bankruptcy Court

******

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

******

on: 4/2/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 5, 2026

For The Court

Mohung Wong
Clerk of Court