IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:              :     CHAPTER 13
                    :
Reginald H. Taylor, Jr.  :
and Takiema S. Taylor    :     No. 21-13040-DJB
        Debtors     :

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $850.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

**April 1, 2026**
_____
DATED                    _____
                         HONORABLE DEREK J. BAKER
                         UNITED STATES BANKRUPTCY JUDGE