United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-13040-djb

Reginald H. Taylor, Jr.                                                         Chapter 13

Takiema S. Taylor

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reginald H. Taylor, Jr., Takiema S. Taylor, 5213 West Berks Street, Philadelphia, PA 19131-3206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2026 01:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2026 01:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 01:04:38 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name**             **Email Address**

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 01, 2026                       Form ID: pdf900                                Total Noticed: 4

DAVID M. OFFEN
                    on behalf of Debtor Reginald H. Taylor  Jr. ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                    on behalf of Joint Debtor Takiema S. Taylor ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:          :      CHAPTER 13
                :
Reginald H. Taylor, Jr.  :
and Takiema S. Taylor    :      No. 21-13040-DJB
          Debtors        :

ORDER APPROVING COUNSEL FEES


AND NOW, upon consideration of the attached Supplemental

Application for Approval of Counsel Fees submitted by David M.

Offen, Attorney for the Debtors, and upon notice and

certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $850.00 is

allowed and shall be paid by the Chapter 13 Trustee to the extent

there are funds available and consistent with the terms of the

Modified Plan.


**April 1, 2026**
_____
DATED                    _____
                         HONORABLE DEREK J. BAKER
                         UNITED STATES BANKRUPTCY JUDGE